## HARRIS *v.* FLORIDA REAL ESTATE COMMISSION ET AL.

No. 100.   Decided October 8, 1962.

*M. H. Rosenhouse* for appellant.

*Benjamin T. Shuman* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.